IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

UNITED STATES OF AMERICA,      )
                               )
                Plaintiff,     )
                               )
v.                             )      Case No.: 08-4050-CR-C-SOW
                               )
JENNIFER L. FURLONG,           )
                               )
                Defendant.     )

ORDER

Before the Court is a Report and Recommendation Concerning Plea of Guilty (Doc. #28)

from Magistrate Judge William A. Knox. Defendant Jennifer L. Furlong appeared before Magistrate

Judge Knox on October 26, 2009, and entered a plea of guilty to Counts 2, 3, 4, 6, 7, and 8 of the

indictment filed on November 20, 2008. Based upon the Report and Recommendation, it is hereby

ORDERED that defendant Jennifer L. Furlong's plea of guilty is accepted and defendant

Furlong is adjudged guilty. It is further

ORDERED that a presentence investigation report be prepared on defendant Jennifer L.

Furlong.


                              _____/s/ Scott O. Wright_____
                              SCOTT O. WRIGHT
                              Senior United States District Judge


DATED:    10/30/2009_____